

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00272-CV

**IN RE** Gladys **CARR**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: November 5, 2025

MOTION FOR RECONSIDERATION DENIED

On July 2, 2025, this court issued an opinion denying relator's petition for writ of mandamus. On July 17, 2025, relator filed a motion for reconsideration. After considering the relator's arguments, the motion is **DENIED**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022PC0301, styled *In re Estate of Eddy Colbert Carr, Deceased*, pending in the County Court At Law No 2, Guadalupe County, Texas.